UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRISCILIANO CRISTOBAL BONIFACIO,

                Plaintiff,

v.

STAR STAR PALACE INC. *d/b/a* SILVER PLACE AND 1432 ST. NICHOLAS AVENUE L.L.C.,

                Defendants.

**ORDER**

21 Civ. 7416 (ER)

---

RAMOS, D.J.

    On September 3, 2021, Prisciliano Cristobal Bonifacio brought this action against Star Star Palace Inc. (d/b/a Silver Place) and 1432 St. Nicholas Avenue L.L.C. for violation of the Americans with Disabilities Act and related claims.  Doc. 1.  Defendants were served on October 5, 2021 but have neither appeared nor responded to the Complaint.  Docs. 5, 7.  Plaintiff is therefore directed to submit a status report regarding the case by **December 23, 2021**.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  December 13, 2021
          New York, New York

                                                      Edgardo Ramos, U.S.D.J.